NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Ronald Halsey and Debbie L. Halsey, | ) |
| | ) Case No. 3:06-cv-00205-JWS |
| Plaintiffs, | ) |
| | ) **NOTICE OF LODGING** |
| v. | ) **ADMINISTRATIVE RECORD** |
| | ) **(Available conventionally at Clerk's** |
| Administrator, Wage and Hour Division, | ) **Office**) |
| United States Department of Labor, | ) |
| | ) |
| Defendant. | ) |

Defendant, Administrator, Wage and Hour Division, United States Department of Labor, by and through counsel, submit conventionally the following administrative record in the above-entitled and numbered cause of action. The record is contained in one binder with pages numbered HALS 0000001-503.

//

//

Respectfully submitted this 29th day of December, 2006, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Richard L. Pomeroy
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: richard.pomeroy@usdoj.gov
        Alaska Bar No. 8906031

        HOWARD M. RADZELY
        Solicitor of Labor

        STEVEN J. MANDEL
        Associate Solicitor

        JONANTHAN M. KRONHEIM
        Counsel for Trial Litigation

        MARIA VAN BUREN
        Senior Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2006, I caused a copy of the foregoing NOTICE OF FILING OF ADMINISTRATIVE RECORD, along with a copy of the Administrative Record, to be served by U.S. Mail upon counsel for plaintiffs at

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669


s/ Richard L. Pomeroy


Halsey, et al. v. Administrator,
Wage and Hour Division, Dept of Labor
Case No. 3:06-cv-00205-JWS         2