Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
Email: Chuck@robinsonandassociates.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
Civil Action, File No. 3:06-cv-00205-JWS

| | |
|---|---|
| RONALD L. and DEBBIE L. HALSEY ) | |
| ) | AFFIDAVIT OF COUNSEL |
| PLAINTIFFS, ) | IN SUPPORT OF |
| ) | PLAINTIFFS' NON-OPPOSED |
| v. ) | MOTION TO ACCEPT |
| ) | LATE FILED |
| ADMINISTRATOR, ) | BRIEF PURSUANT TO |
| WAGE AND HOUR DIVISION, UNITED ) | D.Ak. LR 16.3(d)(2) |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

STATE OF ALASKA      )
                     )ss.
THIRD JUDICIAL DISTRICT )

ARTHUR S. ROBINSON, being first duly sworn, deposes and states the following:

1. I am the attorney of record for plaintiffs in the above-captioned matter.

2. Plaintiffs' failure to timely file their opening brief (motion for summary judgment) was an oversight on the part of my paralegal, and not intentional. My paralegal Lynda Moore is responsible for calendaring due dates in this matter. Apparently Ms. Moore overlooked the fact that under D.Ak. LR 16.1 "Administrative Procedure Act appeals" are exempt from the requirement of scheduling conferences and scheduling orders, and

Page 1

that opening briefs (motions for summary judgment) are actually due 30 days after the agency record has been filed with the Court. (See "First Motion for Extension of Time to File Brief" at Docket 9, including Affidavits at Dockets 10 and 11.)

3. Pursuant to the Court's February 7, 2007 Order "Notice of Intent to Dismiss for Plaintiff's Failure to File Opening Brief", Plaintiffs' were given until February 27, 2007 to file their opening brief (motion for summary judgment) together with a motion to file a late brief in compliance with D.Ak. LR 16.3(d).

4. The Court granted my request for a 30-day extension to file on behalf of Plaintiffs' their opening brief (motion for summary judgment) together with a motion to file a late brief, until March 29, 2007. (See "First Motion for Extension of Time to File Brief" at Docket 9, including Affidavits at Dockets 10 and 11.) The Court granted the Motion for Extension of Time (see "Order Granting Motion for Extension of Time to File Plaintiffs' Opening Brief and Motion to File Brief Late Due on or Before 3/29/2007" at Docket 12.

5. Defendant's counsel, Richard L. Pomeroy, Assistant United States Attorney, by email on March 26, 2007, indicated his non-opposition to this motion to accept plaintiffs' late filed brief.

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ Arthur S. Robinson*
ARTHUR S. ROBINSON

SUBSCRIBED AND SWORN TO before me this 28th day of March, 2007.

Lynda F. Moore
Notary Public in and for Alaska
My Commission Expires: 1-31-09

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit of Counsel in Support of Plaintiffs' Non-Opposed Motion to Accept Late Filed Brief was served electronically upon counsel for Defendant's counsel, Richard L. Pomeroy, Assistant United States Attorney, this 28th day of March, 2007.

By: /s/ Arthur S. Robinson