Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
Email: Chuck@robinsonandassociates.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
Civil Action, File No. 3:06-cv-00205-JWS

| | |
|---|---|
| RONALD L. and DEBBIE L. HALSEY )<br>)<br>PLAINTIFFS, )<br>)<br>v. )<br>)<br>ADMINISTRATOR, )<br>WAGE AND HOUR DIVISION, UNITED )<br>STATES DEPARTMENT OF LABOR, )<br>)<br>DEFENDANTS. )<br>_____) | PLAINTIFFS' REQUEST<br>FOR ORAL ARGUMENT ON<br>MOTION FOR SUMMARY JUDGMENT<br>PURSUANT TO<br>D.Ak. LR 7.2(a) |

    COME NOW the Plaintiffs, Ronald Halsey and Debbie L. Halsey, by and through their counsel, Arthur S. Robinson of ROBINSON & ASSOCIATES, and hereby respectfully request oral argument on their Motion for Summary Judgment.

    Respectfully submitted this 30th day of March, 2007.

    ROBINSON & ASSOCIATES
    By: s/Arthur S. Robinson
       Attorney for Plaintiffs
       35401 Kenai Spur Highway
       Soldotna, Alaska 99669
       Tel: (907) 262-9164
       Fax: (907) 262-7034
       Email: Office@robinsonandassociates.net
       ABN 7405026

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Plaintiffs' Request for Oral Argument was served electronically upon counsel for Defendant's counsel, Richard L. Pomeroy, Assistant United States Attorney, this 30th day of March, 2007.

By: /s/ Arthur S. Robinson